IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

---

James Burfield and
Doris Burfield, his wife,

          Plaintiffs,

v.

General Mills, Inc., and
Food Giant Supermarkets, Inc. d/b/a Piggly
Wiggly Grocery Store in DeWitt, Arkansas,

          Defendants.

Court File No.  5:05-CV-0146 GH

**ORDER FOR ADMISSION PRO HAC VICE OF ALYSSA L. REBENSDORF AND AILANA T. McINTOSH**

---

Based upon the Motion for Admission for *pro hac vice* of Alyssa L. Rebensdorf and Ailana T. McIntosh and the consent to appear as associate counsel by James Simpson, it is hereby Ordered that Alyssa L. Rebensdorf and Ailana T. McIntosh be admitted *pro hac vice* as counsel for Defendant General Mills, Inc. in the above entitled matter.

Dated: 10/21, 2005

                                                            Judge for the United States District Court for
                                                            the Eastern District of Arkansas, Pine Bluff
                                                            Division